# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-1802

———————————————

LORENZO BROOKS,

Petitioner,

v.

DEPARTMENT OF CORRECTIONS,

Respondent.

———————————————

Petition for Writ of Certiorari—Original Jurisdiction.


July 9, 2019


PER CURIAM.

The petition for writ of certiorari is denied on the merits.

WOLF, ROBERTS, and JAY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Lorenzo Brooks, pro se, Petitioner.

Kenneth S. Steely, General Counsel; Gayla Grant and Eric Salvatore Giunta, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Respondent.